**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7025**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

VICTORIA CHRISTINE TAYLOR,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Meyers, II, Chief District Judge.  (5:21-cr-00314-M-3)

---

Submitted:  May 15, 2025                          Decided:  May 20, 2025

---

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Victoria Christine Taylor, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victoria Christine Taylor appeals the district court's order denying relief on her 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review the denial of compassionate release under § 3582(c)(1)(A) for an abuse of discretion. *United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023). "In doing so, we ensure that the district court has not acted arbitrarily or irrationally, has followed the statutory requirements, and has conducted the necessary analysis for exercising its discretion." *Id.* (internal quotation marks omitted). "To grant a compassionate release motion, the district court must conclude that the prisoner is eligible for a sentence reduction because he has shown extraordinary and compelling reasons supporting relief, and that release is appropriate under the 18 U.S.C. § 3553(a) sentencing factors, to the extent those factors are applicable." *Id.* at 128 (internal quotation marks, brackets, and ellipsis omitted).

On appeal, Taylor challenges the district court's conclusion that she failed to demonstrate extraordinary and compelling reasons for release. We discern no abuse of discretion. The district court adequately addressed Taylor's arguments that her health conditions constituted extraordinary and compelling reasons for release in light of the COVID-19 pandemic and explained why it rejected her arguments. Accordingly, we deny Taylor's motions for the appointment of counsel and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*